| | |
|---|---|
| 1 | SAMUEL G. WARE (State Bar No. 105005) |
| | KNIGHT, BOLAND & RIORDAN |
| 2 | 1390 Market Street, Suite 310 |
| | San Francisco, CA  94102-5405 |
| 3 | Telephone:      (415) 522-8600 |
| | Facsimile:       (415) 702-7802 |
| 4 | |
| | Attorneys for Defendant |
| 5 | LINDA EMBERSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership, CAPITOL RECORDS, INC., a Delaware corporation, ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, PRIORITY RECORDS LLC, a California limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>LINDA EMBERSON,<br><br>            Defendant.<br>_____ | NO. C 05-01743 CW<br><br><u>AMENDED</u><br><u>STIPULATION AND ORDER</u><br><u>CONTINUING CASE MANAGEMENT</u><br><u>CONFERENCE AND RELATED DATES</u> |

It is hereby stipulated and agreed by and between the parties to this action that the Case Management Conference presently scheduled for September 2, 2005, be continued to September 16, 2005 at 1:30 p.m. in Courtroom 2 of the above entitled Court, and, that the following dates contained in the Order Setting Initial Case Management Conference be changed as follows:

08/26 /2005        Last day to meet and confer regarding initial disclosures, early settlement,

                            ADR process selection, and discovery plan and to file Joint

                            ADR Certification with Stipulation to ADR process or Notice of need for

1 | ADR phone conference
2 | 09/09/2005    Last day to complete initial disclosures or state objection in Rule 26(f)
3 | Report, file/serve Case Management Statement, and file/serve Rule 26(f)
4 | report.

Dated: August 15, 2005                                  _____

                                                        Attorneys for Plaintiffs

Dated: August 15, 2005                                  _____

                                                        Attorneys for Defendant

IT IS SO ORDERED                                        /s/ CLAUDIA WILKEN

Dated: August  22 , 2005                                _____

                                                        Judge of the United States District Court

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\-0440598.wpd

- 2 -

[Stipulation and Order regarding Case Management Conference ]                NO. C 05-01743 CW

**PROOF OF SERVICE**

I, Linda Emberson, certify and declare as follows:

I am over the age of 18 years, not a party to this action, and employed in the County of San Francisco by a member of the Bar of this Court at whose direction the service was made. My business address is 1390 Market Street, Suite 310, San Francisco, CA 94102.  I am readily familiar with the business practices of Knight, Boland & Riordan for the collection, processing and service of items with the United States Postal Service, express service providers (same day messenger and overnight) and facsimile transmission.

On the date set forth below, I served the foregoing document described as Stipulation and Order Continuing Case Management Conference and Related Dates on the parties in this action as follows:

_____ : <u>BY FIRST CLASS MAIL</u> — By placing [ ] the original [ ] a true and correct copy thereof in a sealed envelope addressed as indicated below.  Said sealed envelope, with postage fully prepaid, was deposited with the United States Postal Service in San Francisco, California this same day in the ordinary course of business.

_____ : <u>BY FEDERAL EXPRESS</u> — By placing [ ] the original [ ] a true and correct copy thereof in a sealed envelope addressed as indicated below. Said envelope was deposited for collection and processing by Federal Express, Priority Overnight Service, in San Francisco, California.

_____ : <u>BY PERSONAL SERVICE</u>:  By placing [ ] the original [ ] a true and correct copy thereof in a sealed envelope addressed as indicated below and causing said envelope to be delivered by hand, by our firm's messenger, to the offices of the addressee indicated below.

  X   :<u>BY FACSIMILE TRANSMISSION</u> — The foregoing document was transmitted between 9:00 a.m. and 5:00 p.m. to the fax number indicated below each address.

Sheila M. Salomon, Esq.
Andrew L. Chang, Esq.
Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco, CA  94104-2828
Phone:  415-544-1900
   Fax:  415-391-0281

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed August 11, 2005, at San Francisco, California.

_____
Linda Emberson